# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA PANEK WARD,<br><br>      Plaintiff,<br><br>  v.<br><br>LUSTIG, GLASER & WILSON, P.C.,<br>      Defendant | **Civil Action No.: 10-40069** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


_/s/  Craig Thor Kimmel_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

```
            Kenneth C. Wilson
      Lustig, Glaser & Wilson, P.C.
  140 Kendrick St, Bldg C East - 3rd Fl
            Needham, MA 02494
```

        __/s/ Craig Thor Kimmel___
        Attorney for Plaintiff
        Craig Thor Kimmel, Esquire
        Kimmel & Silverman, PC
        30 East Butler Pike
        Ambler, PA 19002